UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA

vs.

GEORGE DANIEL TRUJILLO

------------------------------------------X

11 CR. 1001 (NRB)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of David H. Drew for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New York; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David H. Drew |
| Firm Name: | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| Address: | 666 Third Avenue |
| City/State/Zip: | New York, NY 10017 |
| Telephone: | (212) 935-3000 |

Applicant having requested admission *pro hac vice* to appear as counsel for defendant-movant George Daniel Trujillo in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 3, 2021
New York, New York

United States District / ~~Magistrate Judge~~