

David M. Siegal
212 692 6281
dmsiegal@mintz.com
mintz.com

Chrysler Center
666 Third Avenue
New York, NY  10017
212 935 3000
212 983 3115 fax

March 15, 2021

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:**    <u>*United States v. George Daniel Trujillo*</u>**, 11 Cr. 1001 (NRB)**

Dear Judge Buchwald:

    My firm represents George Daniel Trujillo with regard to his motion for an immediate reduction in sentence ("compassionate release"), pursuant to 18 U.S.C. § § 3582(c)(1)(A)(i) (the "First Step Act").

    We are writing to request a brief extension of time to consult with our client and prepare a reply to the Government's opposition, which was served on Wednesday March 10, 2021 and supplemented today (March 15, 2021).

    Under Local Crim. R. 49.1(c), our reply is due Wednesday, March 17, 2021.  We respectfully request an extension until Friday, March 19, 2021, so that we may have sufficient time to schedule a legal call with our client.  We have not previously requested any extensions.  We have spoken with AUSA Fletcher, who informed us that she consents to this request.

```
Application granted.
SO ORDERED.
```

Respectfully,

David M. Siegal

```
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        March 16, 2021
```

109534677v.1