```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

          - against -                              ORDER

GEORGE DANIEL TRUJILLO,                         11 Cr. 1001 (NRB)

                    Defendant.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS defendant George Daniel Trujillo moved to have his amended sentence of 135 months' imprisonment reduced to time served under 18 U.S.C. § 3582(c)(1)(A); and

WHEREAS the Court has determined that Mr. Trujillo's application presents extraordinary and compelling circumstances justifying a reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A); it is hereby

**ORDERED** that Mr. Trujillo's sentence be reduced to time served followed by five years of supervised release, as originally imposed in the Judgment dated August 14, 2012; and it is further

**ORDERED** that, as a condition of his release, Mr. Trujillo must execute a $15,000 personal recognizance bond (the "Bond") signed by two financially responsible persons; travel limited to one direct trip from Butner, North Carolina to 8773 Hillside Road in Rancho Cucamonga, California, 91701 ("Mother's Residence") and

his appearance at the U.S. Probation Office for the Central District of California on Monday, April 26, 2021; and it is further

**ORDERED** that, upon execution of the Bond, the Bureau of Prisons shall release Mr. Trujillo from FCI Butner on **Friday, April 23, 2021** to the custody of Morteza Eghbal, who will travel with Mr. Trujillo as his chaperone from Butner, North Carolina to Mr. Trujillo's Mother's Residence in Rancho Cucamonga, California; and it is further

**ORDERED** that Mr. Trujillo shall report to U.S. Probation Officer Eric Siles (or if not Mr. Siles, any appropriate Probation Officer within the U.S. Probation office in the Central District of California) on Monday, April 26, 2021; and it is further

**ORDERED** that the Bond will expire once Mr. Trujillo reports to the U.S. Probation Office Probation Officer Eric Siles (or if not Mr. Siles, any appropriate Probation Officer within the U.S. Probation office in the Central District of California); and it is further

**ORDERED** that after reporting to the U.S. Probation Office on April 26, 2021, as a special condition of his supervised release, Mr. Trujillo is restricted to home confinement at his Mother's Residence in Rancho Cucamonga, California through December 26, 2021; and it is further

**ORDERED** that, during this period of home confinement, Mr. Trujillo be subject to electronic monitoring as deemed

appropriate and as directed by the U.S. Probation Office, and to be restricted to his Mother's Residence in Rancho Cucamonga, California at all times except for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the U.S. Probation Office; and it is further

**ORDERED** that Mr. Trujillo shall be responsible for the costs of his electronic monitoring; and it is further

**ORDERED** that, other than the special condition of home confinement through December 26, 2021, Mr. Trujillo's period of supervised release shall be subject to all of the mandatory, standard, and special conditions set forth in the Judgment dated August 14, 2012.

Dated: New York, New York
       April 21, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE